UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LARRY JACOBSON, as Chairman of the Joint
Industry Board of the Electrical Industry,

                Plaintiff,

- against -

MOLLER & MOLLER, INC. d/b/a MOLLER &
MOLLER ELECTRIC CORP. d/b/a MOLLER &
MOLLER ELECTRICAL CONTRACTORS,
MICHAEL TEK, and ATHANASIOS
PAPADOPOULOS a/k/a TOMMY
PAPADOPOULOS,

                Defendants.
-------------------------------------------------------------x

Case No.
02-CV-6316 (ERK)(MDG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 30 2005 ★
BROOKLYN OFFICE

## AMENDED PROPOSED JUDGMENT

This matter is before the Court on the motion of plaintiff Larry Jacobson, as Chairman of the Joint Industry Board of the Electrical Industry, pursuant to Federal Rule of Civil Procedure 56 for summary judgment in favor of plaintiff and against defendants Moller & Moller, Inc. d/b/a Moller & Moller Electric Corp. d/b/a Moller & Moller Electrical Contractors (collectively, "Moller & Moller"), Michael Tek ("Tek"), and Athanasios Papadopoulos a/k/a Tommy Papadopoulos ("Papadopoulos"). Having considered the pleadings and other materials on file, the Court finds that just cause exists for the granting of such motion.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that defendants Moller & Moller, Tek, and Papadopoulos are jointly severally liable in the amount of $105,873.44, consisting of $72,953.81 in unpaid contributions, $5,134.42 in interest, $5,134.42 in additional interest, and $22,650.79 in attorneys' fees and costs.

00082390.DOC.1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff may submit an additional application for attorneys' fees and costs associated with the preparation and filing of plaintiff's motion for summary judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Moller & Moller shall submit, within ten days after service of this Order upon Moller & Moller, weekly payroll reports to plaintiff for all payroll report weeks for which such reports have not been submitted as of the date judgment is entered and shall continue to submit the weekly payroll reports when due thereafter; and

IT IS FURTHER ORDERED ADJUDGED AND DECREED that defendants shall pay to plaintiff, within ten days after service of a copy of this Order upon defendants, all contributions determined to be due pursuant to the collective bargaining agreements between the Local Union No. 3, International Brotherhood of Electrical Workers, AFL-CIO, and Moller & Moller, for all weeks that are unpaid as of the date judgment is entered and thereafter; and

IT IS FURTHER ORDERED ADJUDGED AND DECREED that this judgment shall be without prejudice to the right of plaintiff to audit the books and records of Moller & Moller for any time period and to collect any contributions found to be due and owing as a result of any such audit.

SO ORDERED.

Dated: 11/23, 2005
Brooklyn, New York

s/Edward R. Korman
The Hon. Edward R. Korman
Chief United States District Judge